Alfredo Torrijos
alfredo@aswtlawyers.com
Mike M. Arias
mike@aswtlaw.com
Arias Sanguinetti Wang and Torrijos LLP
6701 Center Drive West 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* Edwardo Munoz, and the alleged Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**7-Eleven, Inc.,**<br><br>*Defendant.* | Case No. 18-cv-03893-RGK-AGR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, AND TO VACATE THE L.R. 23-3 DEADLINE FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION**<br><br>Complaint served:    May 15, 2018<br>Current response date: June 5, 2018<br>New response date:    July 5, 2018<br><br>Case Filed: May 9, 2018 |

1  Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz") and Defendant 7-Eleven,

2  Inc. ("Defendant" or "7-Eleven") by and through their respective counsel of record,

3  hereby stipulate as follows:

4  WHEREAS, Plaintiff filed this action on May 9, 2018 (Dkt. 1);

5  WHEREAS, Defendant was served on May 15, 2018 and has a current

6  deadline of June 5, 2018 to Answer or otherwise respond to the Complaint;

7  WHEREAS, 7-Eleven requests, and the Parties stipulate to, an extension of

8  thirty (30) days, or up to and including July 5, 2018, in which to answer or

9  otherwise respond to the Complaint.  This request is brought in good faith and not

10  meant for improper delay of this proceeding. 7-Eleven recently retained the

11  undersigned counsel for this action and will use the additional time to review the

12  allegations in the Complaint and draft an appropriate response.

13  WHEREAS, under Local Rule 23-3, Plaintiff must move for class

14  certification within ninety (90) days after serving the Complaint. *See Rocha v.*

15  *Toshinoya West, Inc.*, 2007 WL 8398819 (C.D. Cal. Jan. 8, 2007), Plaintiff's

16  deadline for moving for class certification is currently August 13, 2018.

17  WHEREAS, the deadline may be moved by Order of the Court. *See* L.R. 23-

18  3.

19  WHEREAS, no discovery has begun in the case, which Plaintiff will require

20  to sufficiently file a Motion for Class Certification. Indeed, Defendant has not yet

21  answered and, pursuant to this stipulation, will not do so until just over a month

22  before the current Local Rule 23-3 deadline. Thus, the Parties stipulate that the

23  Court vacate and continue the deadline for Plaintiff to move for class certification at

24  this time. When the Parties file a Case Management Statement, the Parties will each

25  set forth their positions with respect to the case schedule, including new proposed

26

27

28

1  deadlines for a period of class discovery and the filing and briefing of a motion for

2  class certification.

3      NOW, THEREFORE, based on the above stipulation, the Parties respectfully

4  ask the Court to enter an Order:

5      1.    Extending the deadline for Defendant to Answer or otherwise respond

6  to the Complaint to July 5, 2018; and

7      2.    Vacating the current class certification deadline, with a new date to be

8  established after the Parties submit their Case Management Statement.

9              Respectfully submitted,

10             **EDWARDO MUNOZ**, individually and on behalf

11             of all others similarly situated,

12  Dated: June 4, 2018        By:   /s/ *Patrick H. Peluso*

13                 Patrick H. Peluso

14                 One of Plaintiff's Attorneys

15             Alfredo Torrijos
               alfredo@aswtlawyers.com
16             Mike M. Arias
               mike@aswtlaw.com
17             Arias Sanguinetti Wang and Torrijos LLP
               6701 Center Drive West 14th Floor
18             Los Angeles, CA 90045
               Tel: (310) 844-9696; Fax: (310) 861-0168
19
               Steven L. Woodrow
20             (swoodrow@woodrowpeluso.com)*
21             Patrick H. Peluso
               (ppeluso@woodrowpeluso.com)*
22             Woodrow & Peluso, LLC
23             3900 East Mexico Ave., Suite 300
               Denver, Colorado 80210
24             Tel: (720) 213-0675; Fax: (303) 927-0809
25
26             *Counsel for Plaintiff and the Putative Class*
               *pro hac vice*
27
28

1

**7-ELEVEN, INC.**

2

Dated: June 4, 2018

By:    /s/ Julie R. Trotter[1]

3

Julie R. Trotter

4

Julie R. Trotter, Bar No. 209675

5

jtrotter@calljensen.com

Call & Jensen, APC

6

610 Newport Center Drive, Suite 700

7

Newport Beach, CA 92660

Tel: (949) 717-3000; Fax: (949) 717-3100

8

9

Attorneys for Defendant 7-Eleven, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[1] I hereby certify that the content of this document is acceptable to Patrick H. Peluso, one of the attorneys for Plaintiff and the Putative Class, and that I have obtained Mr. Peluso's authorization to affix his electronic signature to this document.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned, Julie R. Trotter, hereby certifies that a true and correct copy of the above document was served upon counsel of record by filing such papers via the Court's ECF system on June 4, 2018.

/s/ *Julie R. Trotter*
Julie R. Trotter