NOTE: CHANGES MADE BY THE COURT

Alfredo Torrijos
alfredo@aswtlawyers.com
Mike M. Arias
mike@aswtlaw.com
Arias Sanguinetti Wang and Torrijos LLP
6701 Center Drive West 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* Edwardo Munoz, and the alleged Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**7-Eleven, Inc.**,<br><br>*Defendant.* | Case No. 18-cv-03893-RGK-AGR<br><br>**ORDER**<br><br>**Complaint served:** May 15, 2018<br>**Current response date:** June 5, 2018<br>**New response date:** July 5, 2018<br><br>**Case Filed: May 9, 2018** |

1 **IT IS ORDERED THAT:**

2  1. Defendant's deadline to Answer or otherwise respond to the Complaint
3 is extended from June 5, 2018 to July 5, 2018.
4  The request to vacate the current class certification deadline is DENIED.

6 Date: June 08, 2018

7  Hon. R. Gary Klausner
   Judge of the United States District Court