# EXHIBIT A

# Disclosure Regarding Background Investigation

For the purpose of maintaining the safety and security of our stores, customers, employees and property, 7 Eleven, Inc. may order a "consumer report," "background report" or "investigative consumer report" on you in connection with your application for employment or your ongoing employment with 7-Eleven, Inc

The consumer reporting agency, Sterling Talent Solutions, Inc. ("formerly known as TalentWise"), will prepare the report for 7-Eleven, Inc. Sterling Talent Solutions, Inc. is located at 19910 North Creek Parkway, Suite 200, Bothell, WA 98011, and can be reached at (877) 982-9888. Further information regarding Sterling Talent Solutions, including its privacy policy, may be found online at www.sterlingtalentsolutions.com. 7-Eleven reserves the right to use a different service provider to obtain this information as it deems necessary. If a different agency is used, 7-Eleven will provide you with the contact information for the agency.

The report may contain information from federal, state and other agencies, learning institutions, information service bureaus, past/present employers, and other individuals or sources concerning your character, general reputation, personal characteristics, mode of living, work habits and/or credit standing. Such information may include your driving history, your credit history, your education history, records of military service, insurance claims involving you, your criminal history and your employment history, including the reasons for termination. The information contained in the report may be obtained from private and/or public record sources, and the investigation can also involve personal interviews with sources such as your current and past employers, friends, family members or associates. Information included in the report will only be requested when permitted by law and where such information is substantially related to the duties and responsibilities of the position for which you are applying. 7-Eleven, Inc. will not obtain information about your credit history, credit worthiness, credit standing, or credit capacity unless permitted by applicable State and local law. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report from 7 Eleven, Inc.

The Fair Credit Reporting Act provides you with specific rights in dealing with consumer reporting agencies. You will find these rights in A Summary of Your Rights Under the Fair Credit Reporting Act, available at http//files.consumerfinance.gov/f/022014_cfpb_summary-rights-FCRA.pdf. State statutory provisions may also provide additional protections for consumer reports.

# Background Check Authorization

I have carefully read and understand the preceding Disclosure and the below Authorization form. In connection with and for the duration of my employment (including contract for services) with 7 Eleven, Inc., I authorize and understand that investigative background inquires and/or consumer report inquires may be made about me to the extent permitted by applicable federal, state, and local laws. In connection with these inquiries, I consent that 7 Eleven, Inc., may obtain consumer, criminal, driving, education, employment and other reports at any time prior to and/or during my employment to the extent permitted by applicable law. These reports may include information as to my character, general reputation, personal characteristics, mode of living, work habits, credit standing, driving history, credit history, education history, military service record, criminal history and employment history, including the reasons for termination. Further, I understand that, and hereby authorize, 7 Eleven, Inc. to request information from various federal, state and other agencies, learning institutions, information service bureaus, past/present employers, and other individuals or sources which maintain information concerning my past activities. These reports may relate to my driving record, criminal record, credit, civil and other experiences, as well as information in the files of insurance companies pertaining to claims involving me.

By electronically signing below, I consent to the preparation of background reports by Sterling Talent Solutions, and to the release of such reports to 7-Eleven, Inc. and its designated representatives for the purpose of assisting 7-Eleven, Inc. in making a determination as to my employment, promotion, retention, contract assignment or for other lawful purposes. I authorize, without reservation, any party or agency contacted by 7-Eleven, Inc. to furnish the above mentioned information; and also understand that any offer of employment made by 7-Eleven, Inc. may be revoked if unacceptable information is found in an investigative background inquiry or consumer report at any time after my employment has already begun subject to applicable law.

Date of birth is being requested in order to obtain accurate retrieval of records. If you do not wish to indicate your birth date on this form, you may confidentially submit it to the reporting agency by calling toll free (877) 982-9888.

## Electronic Signature

I have carefully read and understand this notice and authorization form.

| | |
|---|---|
| **First Name:** | Edwardo |
| **Full Middle Name:** | L |
| **Last Name:** | Munoz |
| **Address:** | 2196 Yosemite parkway |
| | Merced, CA  95341 |
| **Email Address:** | eddiemunoz094@gmail.com |
| **Date of Birth:** | 11/24/1994 |
| **Social Security Number:** | ▮▮▮▮▮▮ |

This is an electronic signature and is given in accordance with U.S. federal regulations governing the legal and binding effectiveness of electronic signatures.

# A Summary of Your Rights Under the Fair Credit Reporting Act

*Para información en español, visite www.consumerfinance.gov/learnmore o escriba a la Consumer Financial Protection Bureau, 1700 G Street N.W.,*

7-ELEVEN-000003