**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 10, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Complaint Filed: May 15, 2018 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Class Certification should be granted, and hereby orders as follows:

1. The Court certifies the following Classes as defined below:

    **Disclosure Class:** All persons in the United States who (1) from a date two years prior to the filing of the initial complaint in this action to the date notice is sent to the Disclosure Class; (2) applied for employment with Defendant; (3) about whom Defendant procured a consumer report; and (4) who were provided the same form FCRA disclosure and authorization as the disclosure and authorization form that Defendant provided to Plaintiff.

    **California Subclass:** All members of the Disclosure Class who reside in California.

2. The Court appoints Plaintiff Edwardo Munoz as Class Representative; and

3. The Court appoints the law firms of Woodrow & Peluso, LLC and Arias Sanguinetti Wang & Torrijos, LLP as Class Counsel.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Dated: _____

                                                          Hon. R. Gary Klausner
United States District Judge