Mike Arias (CSB #115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
  alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **7-Eleven, Inc.,** a Texas corporation, <br><br> Defendant. | Case No. 2:18-cv-03893-RGK-AGR <br><br> **JOINT STIPULATION TO CONTINUE HEARING RE: MOTION FOR CLASS CERTIFICATION** <br><br> Complaint Filed: May 15, 2018 |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Local Civil Rules L.R. 7-1 and L.R. 7-11, Edwardo Munoz ("Plaintiff" or "Munoz") and 7-Eleven, Inc. ("Defendant" or "7-Eleven") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order as follows:

WHEREAS, Plaintiff commenced this action on May 15, 2018;

WHEREAS, on July 23, 2018, Defendant filed and served its Notice of Motion and Motion to Dismiss, which is presently set for hearing on August 27, 2018;

WHEREAS, on August 13, 2018, Plaintiff filed and served his Notice of Motion and Motion for Class Certification, which is presently set for hearing on September 10, 2018 [Dkt. #33];

WHEREAS, the Parties agree to continue the briefing and the hearing regarding Plaintiff's Motion for Class Certification until after the hearing on Defendant's Motion to Dismiss,

WHEREAS, this stipulation is not entered into for the purpose of delay;

WHEREAS, the Parties have not previously requested any continuances in this matter;

WHEREAS, no scheduling order has been entered and no trial date has been set for this case and the Parties believe that the granting of the herein requested continuance will not have any effect on the schedule for the case;

**NOW THEREFORE**, in consideration of the foregoing, the Parties, by and through their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order as follows:

1. That the hearings on Plaintiff's Motion for Class Certification be vacated and continued to October 15, 2018 at 9:00 a.m.;

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: August 16, 2018    WOODROW & PELUSO, LLC

                                         By:   /s/ Patrick H. Peluso
                                              Patrick H. Peluso

*Counsel for Plaintiff and the Alleged Classes*

Dated: August 16, 2018    CALL & JENSEN

                                         By:   /s/ Julie Trotter
                                            Julie Trotter

*Counsel for Defendant*

### ATTESTATION PER LOCAL RULE 5-4.3.4(a)(2)

Pursuant to LR 5-4.3.4(a)(2), I, Patrick H. Peluso, hereby certify and attest that on August 16, 2018, Julie Trotter authorized me to file this Joint Stipulation And [Proposed] Order to Continue Hearing on Plaintiff's Motion for Class Certification.

Dated: August 16, 2018                               /s/ Patrick H. Peluso

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 16, 2018.

/s/ Patrick H. Peluso