1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING RE: MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: May 15, 2018 |

Pursuant to the parties' August 16, 2018 Joint Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification, and good cause appearing, it is hereby Ordered:

      1.    That the hearings on Plaintiff's Motion for Class Certification is vacated and reset to October 15, 2018 at 9:00 a.m.

**IT IS SO ORDERED.**


Dated: _____, 2018          _____

                                               Hon. R. Gary Klausner
                                               United States District Judge