Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
 kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
 ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DECLARTION OF JOHN HARRISON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   October 9, 2018<br>Time:  9:00 a.m.<br>Place:  Hon. R. Gary Klausner<br><br>Complaint Filed:  May 9, 2018<br>Trial Date:           None Set |

## DECLARATION OF JOHN HARRISON

I, John Harrison, declare as follows:

1. I am the Director of Field Human Resources with Defendant 7-Eleven, Inc. I have worked for 7-Eleven since 1978 and in my current position since August 2014. I have personal knowledge of the matters contained in this declaration and, if called on as a witness, I could and would testify competently as to the matters set forth herein.

2. By virtue of my position, I am familiar with 7-Eleven's hiring and onboarding process. Throughout my employment, 7-Eleven has required that employees authorize 7-Eleven to conduct a background check on them. 7-Eleven has this requirement for a number of reasons. For example, 7-Eleven operates thousands of stores throughout the United States – many twenty-four hours a day, seven days a week. The vast majority of these employees have access to cash, products, and customer credit card information. 7-Eleven needs to take measures to do the best it can to ensure the people running those stores do not pose a risk to the public that 7-Eleven serves. Accordingly, if a person sought employment from 7-Eleven but refused to authorize such a background check, 7-Eleven would not hire them.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed on September 14, 2018, at Irving, Texas.

_____
John Harrison