UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-03893-RGK-AGR | Date | October 22, 2018 |
|---|---|---|---|
| Title | EDWARDO MUNOZ v. 7-ELEVEN, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick Peluso | Kent Christensen |

**Proceedings:** **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held. The Court orders the following dates:

| | |
|---|---|
| Jury Trial (Est. 3 days): | July 2, 2019 at 9:00 a.m. |
| Pretrial Conference: | June 17, 2019 |
| Motion Cut-Off Date: | April 17, 2019 |
| Discovery Cut-Off Date: | April 3, 2019 |

The last day to motion the Court or amend the complaint is December 1, 2018.

**IT IS SO ORDERED.**

: 02

Initials of Preparer  slw

cc:   ADR UNIT