Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**Edwardo Munoz,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**7-Eleven, Inc.,** a Texas corporation,

Defendant.

Case No. 2:18-cv-03893-RGK-AGR

**NOTICE OF MOTION APPROVAL OF PLAINTIFF'S PROPOSED NOTICE PLAN**

Date: February 11, 2019
Time: 9:00 a.m.
Judge: Hon. R. Gary Klausner
Courtroom: 850
Complaint Filed: May 15, 2018

PLEASE TAKE NOTICE that on February 11, 2019 at 9:00 a.m. at the United States District Court for the Central District of California, Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz") will and hereby do move before the Honorable R. Gary Klausner for an order approving Plaintiff's plan for disseminating notice to the certified Class.

The Motion is based on this Notice and Motion, the supporting Proposed Notice Plan, and exhibits attached thereto.

Respectfully submitted,

Dated: January 10, 2018

**Edwardo Munoz**, individually and on behalf of all others similarly situated,

By: /s/ *Patrick H. Peluso*
One of Plaintiff's Attorneys

Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 10, 2018.

/s/ Patrick H. Peluso