# EXHIBIT A

**Legal Notice**

**ATTENTION! If You Applied for Employment with 7-Eleven, Inc. from May 9, 2016 Through the Present You May Be Part of a Class Action Lawsuit**

**Learn More At:**

**www.[websiteURL].com**

*Edwardo Munoz v. 7-Eleven, Inc.*
Case No. 2:18-cv-03893-RGK-AGR
Kurtzman Carson Consultants LLC
[Address Line 1]
[Address Line 2]
[Address Line 3]

First Class Postage Permit

|||||||||||||||||||||||||
Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

**Summary Notice**

You are receiving this notice because you have been identified as a potential class member in *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR, pending in the U.S. District Court for the Central District of California. The Court has certified a Class and a Subclass that could impact your legal rights, whether you act or not. **This is only a summary of the Full Notice.** Visit www.[website].com to read the Full Notice.

**Nature of the Action.** This lawsuit alleges that 7-Eleven unlawfully procured consumer reports, or background checks, in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* The Class Representative claims that 7-Eleven procured a consumer report regarding him without providing a standalone disclosure prior to procuring his consumer report. 7-Eleven denies that it violated any laws and asserts numerous defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the pending litigation.

**How Do I Know if I am a Class Member?** You fall into the definition of the Class if you applied for employment with 7-Eleven between May 9, 2016 and the date notice is sent to the Classes and 7-Eleven procured a consumer report regarding you where the disclosure and authorization form presented to you was the same disclosure that was provided to the Class Representative. You fall into the definition of the Subclass if you are a member of the Class who resides in the State of California.

**What are My Options?** You can discuss the case with Class Counsel. You may also enter an appearance though an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR" to the Class Administrator, postmarked by [opt-out deadline]. Specific information is available at www.website.com. If you do nothing you will be in the Classes and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3). If you request exclusion, you will not be able to participate in the litigation or any potential settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow, Patrick H. Peluso, and Taylor T. Smith of Woodrow & Peluso, LLC and Mike M. Arias and Alfredo Torrijos of Arias Sanguinetti Wang and Torrijos LLP to be the attorneys for the Classes. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the pending litigation and a copy of the full Notice, go to www.[website].com, contact the Administrator at [toll free #] or [Address], or call Class Counsel at 720-213-0676.

**FOR MORE INFORMATION, VISIT:**
**www.[websiteurl].com**

To request exclusion, submit your signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR" to:

Kurtzman Carson Consultants LLC
*Edwardo Munoz v. 7-Eleven, Inc.*
Case No. 2:18-cv-03893-RGK-AGR
[Address Line 1]
[Address Line 2]
[TOLL FREE NUMBER]

For all other inquiries, contact Class Counsel at:

*Edwardo Munoz v. 7-Eleven, Inc.*
Case No. 2:18-cv-03893-RGK-AGR
Class Counsel
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
(720) 213-0676
swoodrow@woodrowpeluso.com

**www.[websiteurl].com**