1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Edwardo Munoz,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**7-Eleven, Inc.,** a Texas corporation,

Defendant.

Case No.  2:18-cv-03893-RGK-AGR

**(PROPOSED) ORDER APPROVING PLAINTIFF'S PROPOSED PLAN FOR DISSEMINATING THE CLASS NOTICE**

Complaint Filed: May 15, 2018

1    Pursuant to Plaintiff's Motion for Approval of his Proposed Notice Plan, and

2    good cause appearing, it is hereby Ordered:

3        1.    The Motion is granted.

4        2.    Notice shall be disseminated in accordance with the plan

5             submitted.

6

7    **IT IS SO ORDERED.**

8    Dated: _____, 2019

9

10                                    _____

                                      Hon. R. Gary Klausner
11                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
28