NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>　　　　　　　　Defendant. | Case No.  2:18-cv-03893-RGK-AGR<br><br>**(~~PROPOSED~~) ORDER APPROVING PLAINTIFF'S PROPOSED PLAN FOR DISSEMINATING THE CLASS NOTICE**<br><br>　Complaint Filed: May 15, 2018 |

Pursuant to Plaintiff's Motion for Approval of his Proposed Notice Plan, and good cause appearing, it is hereby Ordered:

1. The Motion is granted.
2. Notice, pursuant to Plaintiff's Motion and including Exhibit "A" shall be disseminated in accordance with the plan submitted.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
Hon. R. Gary Klausner
United States District Judge