Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

Julie R. Trotter
jtrotter@calljensen.com
Delavan J. Dickson
ddickson@calljensen.com
Kent R. Christensen
kchristensen@calljensen.com
**CALL & JENSEN**
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Facsimile: 949-717-3100

Attorneys for Defendant

[Additional counsel appearing on signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**Edwardo Munoz,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**7-Eleven, Inc.,** a Texas corporation,

Defendant.

Case No. 2:18-cv-03893-RGK-AGR

**JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES**

Judge: Hon. R. Gary Klausner

Complaint Filed: May 9, 2018
Trial Date: July 2, 2019

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Local Civil Rule 7.1, Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz") and Defendant 7-Eleven, Inc. ("Defendant" or "7-Eleven") by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order as follows:

WHEREAS, Plaintiff filed this action on May 9, 2018 (Dkt. 1);

WHEREAS, on October 22, 2018, this Court entered a Scheduling Order and Order for Jury Trial, which set, among other deadlines, the following remaining deadlines:

a. Discovery Cut-Off Date: April 3, 2019;

b. Motion Cut-Off Date: April 17, 2019;

c. Pretrial Conference: June 17, 2019; and

d. Jury Trial (Est. 3 days): July 2, 2019 at 9:00 a.m.

(Dkt. 44, 45.)

WHEREAS, to date, the Parties have been diligently litigating the case, including fully briefing Defendant's Motion to Dismiss, Plaintiff's Motion for Class Certification, and Plaintiff's Proposed Class Notice Plan;

WHEREAS, the Parties have also been immersed in extensive discovery, including: serving and responding to various written discovery requests, exchanging informal discovery, serving a subpoena to produce documents upon Sterling Infosystems, Inc., conducting the Rule 30(b)(6) deposition of Defendant's representative, and preparing for Plaintiff Munoz's deposition scheduled for February 20, 2019;

WHEREAS, the Parties have also reached an impasse regarding several discovery requests and are in the process of resolving the dispute via the Magistrate Judge's discovery dispute procedures;

WHEREAS, in a good faith effort to resolve this matter, the Parties have agreed to attend a full-day mediation session on April 9, 2019 in Toronto, Canada

with Mediator Michael E. Dickstein (this was the only date and location available for Mr. Dickstein);

WHEREAS, despite efforts to meet the present deadlines, the Parties request a brief 30-day extension of all remaining deadlines, including the discovery cut-off date and the trial date;

WHEREAS, this stipulation is not entered into for the purpose of delay;

WHEREAS, the extension will enable the Parties to devote their time and resources into resolving all remaining discovery matters and potentially resolving the case altogether;

**THEREFORE**, in consideration of the foregoing, the Parties, by and through their undersigned counsel, hereby stipulate, agree, and request that the Court enter an Order as follows:

1. That all remaining deadlines be extended by 30-days, as follows:
   a. Discovery Cut-Off Date: May 3, 2019;
   b. Motion Cut-Off Date: May 17, 2019;
   c. Pretrial Conference: July 17, 2019; and
   d. Jury Trial (Est. 3 days): August 15, 2019 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: February 18, 2019

**Edwardo Munoz**, individually and on behalf of all others similarly situated,

By: /s/ Steven L. Woodrow
One of Plaintiff's Attorneys

Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff Edwardo Munoz*

Dated: February 18, 2019

**7-Eleven, Inc.**,

By: /s/ Delavan J. Dickson
One of Defendant's Attorneys

Julie R. Trotter
jtrotter@calljensen.com
Delavan J. Dickson
ddickson@calljensen.com
Kent R. Christensen
kchristensen@calljensen.com
**CALL & JENSEN**
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Facsimile: 949-717-3100

*Attorneys for Defendant 7-Eleven, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 18, 2019.

/s/ Steven L. Woodrow