1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 9, 2018<br>Trial Date: July 2, 2019 |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES**

- 1 -

Pursuant to the Parties' Joint Stipulation for an Extension of All Remaining Deadlines, and good cause appearing, it is hereby Ordered:

1. That all remaining deadlines be extended by 30-days, as follows:
    a. Discovery Cut-Off Date: May 3, 2019;
    b. Motion Cut-Off Date: May 17, 2019;
    c. Pretrial Conference: July 17, 2019; and
    d. Jury Trial (Est. 3 days): August 15, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2019

Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES

- 2 -