# DENIED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 9, 2018<br>Trial Date: July 2, 2019 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF ALL REMAINING DEADLINES

- 1 -

1 ~~Pursuant to the Parties' Joint Stipulation for an Extension of All Remaining~~
2 ~~Deadlines, and good cause appearing, it is hereby Ordered:~~
3 ~~1. That all remaining deadlines be extended by 30 days, as follows:~~
4 ~~a. Discovery Cut-Off Date: May 3, 2019;~~
5 ~~b. Motion Cut-Off Date: May 17, 2019;~~
6 ~~c. Pretrial Conference: July 17, 2019; and~~
7 ~~d. Jury Trial (Est. 3 days): August 15, 2019 at 9:00 a.m.~~

**THE STIPULATION IS DENIED.**

**IT IS SO ORDERED.**

Dated: February 22, 2019

Hon. R. Gary Klausner
United States District Judge