Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

Julie R. Trotter
  jtrotter@calljensen.com
Delavan J. Dickson
  ddickson@calljensen.com
Kent R. Christensen
  kchristensen@calljensen.com
**CALL & JENSEN**
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Facsimile: 949-717-3100

Attorneys for Defendant

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893-RGK-AGR<br><br>**JOINT REPORT REGARDING DISCOVERY DISPUTES**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. A. Rosenberg<br><br>Complaint Filed: May 9, 2018<br>Trial Date: July 2, 2019<br>Discovery Conf: February 28, 2019 |

- 1 -

JOINT REPORT REGARDING
DISCOVERY DISPUTES

1   The Parties, Edwardo Munoz, on behalf of himself and the Class, and 7-
2   Eleven, Inc., hereby submit the following Joint Report in advance of the telephonic
3   discovery conference set for February 28, 2019 at 10:00 a.m.:
4   The Parties have met and conferred extensively regarding 7-Eleven's
5   responses to discovery propounded by Plaintiff and have narrowed their remaining
6   issues to three disputes:
7   1.      Plaintiff's Interrogatory No. 2 & Requests to Produce 5 & 11 regarding
8   the production of class member identifying information to Plaintiff's Counsel and the
9   claims administrator (KCC) as opposed to limiting the production of such
10  information to KCC only;
11  2.      Plaintiff's Request to Produce No. 10 and Deposition Topic 6 regarding
12  7-Eleven's legal department size and budget; and
13  3.      Deposition questions regarding any advice 7-Eleven received from its
14  internal or external counsel regarding the use or editing of its form FCRA
15  background check disclosure.
16
17  Dated: February 26, 2019                **Edwardo Munoz**, individually and on behalf
18                                          of all others similarly situated,
19                              By:    /s/ Steven L. Woodrow
20                                     One of Plaintiff's Attorneys
21                                     Mike Arias (CSB #115385)
22                                       mike@asstlawyers.com
                                        Alfredo Torrijos (CSB #222458)
23                                       alfredo@asstlawyers.com
                                        **ARIAS SANGUINETTI WANG &**
24                                       **TORRIJOS, LLP**
25                                      6701 Center Drive West, 14th Floor
                                        Los Angeles, California 90045
26                                      Telephone:  (310) 844-9696
                                        Facsimile: (310) 861-0168
27
28                                      - 2 -
    **JOINT REPORT REGARDING**
    **DISCOVERY DISPUTES**

1
2
3
4
5
6
7
8
9
10

Steven L. Woodrow
   swoodrow@woodrowpeluso.com
Patrick H. Peluso
   ppeluso@woodrowpeluso.com
Taylor T. Smith
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff Edwardo Munoz*

11   Dated: February 26, 2019          **7-Eleven, Inc.,**

12                            By:   /s/ Julie R. Trotter

13                                 One of Defendant's Attorneys

14                                 Julie R. Trotter
15                                    jtrotter@calljensen.com
                                   Delavan J. Dickson
16                                    ddickson@calljensen.com
                                   Kent R. Christensen
17                                    kchristensen@calljensen.com
18                                 **CALL & JENSEN**
                                   610 Newport Center Drive, Suite 700
19                                 Newport Beach, California 92660
                                   Telephone: 949-717-3000
20                                 Facsimile: 949-717-3100
21
22                                 *Attorneys for Defendant 7-Eleven, Inc.*
23
24
25
26
27
28                                           - 3 -

**JOINT REPORT REGARDING
DISCOVERY DISPUTES**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 26, 2019.

/s/ Steven L. Woodrow

- 4 -

**JOINT REPORT REGARDING**
**DISCOVERY DISPUTES**