UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3893-RGK (AGRx) | Date | February 28, 2019 |
|---|---|---|---|
| Title | Edwardo Munoz v. 7-Eleven, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | XTR 02/28/2019 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven L Woodrow | Julie R Trotter |

**Proceedings:**   **MINUTE ORDER RE TELEPHONIC DISCOVERY CONFERENCE**

Case is called. Counsel state their appearances.

On February 28, 2019, the court conducted a telephonic discovery conference to address the items listed on the parties' Joint Report filed on February 26, 2019 (Dkt. No. 54).

The court took Item No. 1 under submission.

IT IS ORDERED that:

1. Counsel will confer about a stipulation to a fact(s) that would render the requested discovery in Item No. 2 unnecessary without conceding the relevance or admissibility of such fact(s). The conference of counsel shall be completed on or before March 14, 2019. If the parties do not contact the Courtroom Deputy Clerk, Karl Lozada, on or before that date, the court will assume Item No. 2 has been resolved.

2. As to Item No. 3, the court ordered the following briefing and hearing schedule: Plaintiff shall file his motion to compel on or before March 8, 2019. Defendant shall file an opposition on or before March 15, 2019. Plaintiff may file an optional reply on March 22, 2019. Unless otherwise ordered, the telephonic hearing shall be held on March 28, 2019 at 10:00 a.m.

IT IS SO ORDERED.

|  | 0 | : | 25 |
|---|---|---|---|
| | Initials of Preparer | kl | |