# EXHIBIT E

Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
  kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
  ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DEFENDANT 7-ELEVEN, INC.'S PRIVILEGE LOG AS OF JANUARY 29, 2019**<br><br><br>Complaint Filed:      May 9, 2018<br>First Am. Comp. Filed:  July 9, 2018<br>Trial Date:        July 2, 2019 |
| --- | --- |

- 1 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant 7-Eleven, Inc. hereby provides the below privilege log noting the documents that it is withholding solely on the grounds of there being an applicable privilege save for communications that have taken place between counsel of record following the initiation of this lawsuit. These latter communications have not been included on the log as such communications are clearly privileged and it would be unduly burdensome and oppressive to require all such communications be reflected in a privilege log.

This log will be updated to the extent additional documents are withheld on the grounds of privilege.

| Date of Document | Description of Document | Privilege Claimed |
|---|---|---|
| April and May, 2013 | Email chain being produced but with redactions of communications in email chain between outside counsel and 7-Eleven employees, including its in-house counsel. As a review of the email chain produced shows, the non-privileged portion of this email chain is the initial email. | Attorney-client privilege |
| September 2015 email correspondence | Email chain between 7-Eleven employees and inhouse counsel. All correspondences in chain include 7-Eleven in-house counsel. | Attorney-client privilege |

CALL &
JENSEN

SEV05-13:2401007_1:1-29-19

- 2 -

DEFENDANT 7-ELEVEN, INC.'S PRIVILEGE LOG AS OF JANUARY 29, 2019

| Date of Document | Description of Document | Privilege Claimed |
|---|---|---|
| March through May, 2016 | Email chain between 7-Eleven employees and outside counsel.  All correspondences include outside counsel and 7-Eleven in-house counsel. | Attorney-client privilege |
| March 2017 | Email chain between 7-Eleven employees and outside counsel.  All correspondences include outside counsel and 7-Eleven in-house counsel. | Attorney-client privilege |
| Late July and Early August, 2017 | Email chain between 7-Eleven's in-house counsel and 7-Eleven employee Kristin Cope.  All correspondence being withheld includes in-house counsel. | Attorney-client privilege |
| August 2017 | Email chain between 7-Eleven employees and outside counsel.  All correspondences include outside counsel and 7-Eleven in-house counsel. | Attorney-client privilege |
| December 1, 2017 | Email chain internal to 7-Eleven initiated at the direction of outside counsel by the 7-Eleven employee who initiated the correspondence. | Attorney-client privilege |

| Date of Document | Description of Document | Privilege Claimed |
|---|---|---|
| February 2018 | Email is being produced with redactions of information on third parties. | Third Party privacy rights. |
| February 9, 2018 | Email is being produced with redactions of information on third parties. | Third Party privacy rights. |
| April 2018 email correspondence | Email chain between 7-Eleven employees and inhouse counsel.  All correspondences in chain include 7-Eleven in-house counsel or note email sent is at direction of counsel. | Attorney-client privilege |
| April 9, 2018 | Communications between 7-Eleven, Inc.'s outside counsel and 7-Eleven employees – including in-house counsel for 7-Eleven. | Attorney-client privilege. |
| August 2018 email correspondence | Email chain between 7-Eleven employees and inhouse counsel.  All correspondences in chain include 7-Eleven in-house counsel. | Attorney-client privilege |

Dated:  January 29, 2019

CALL & JENSEN
A Professional Corporation

By: _Julie R. Trotter_

Julie R. Trotter
Attorneys for Defendant 7-Eleven, Inc.

1
2
## CERTIFICATE OF SERVICE
(United States District Court)

3
4
   I am employed in the County of Orange, State of California.  I am over the age of
5
18 and not a party to the within action; my business address is 610 Newport Center
Drive, Suite 700, Newport Beach, CA 92660.
6
7
   On January 29, 2019, I have served the foregoing document described as
**DEFENDANT 7-ELEVEN, INC.'S PRIVILEGE LOG AS OF JANUARY 29, 2019**
8
on the following person(s) in the manner(s) indicated below:
9
10
## SEE ATTACHED SERVICE LIST

11
12
**[  ]   (**BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on
the Filing User(s) through the Court's Electronic Filing System.
13
14
**[  ]**   (BY MAIL)  I am familiar with the practice of Call & Jensen for collection and
processing of correspondence for mailing with the United States Postal Service.
15
Correspondence so collected and processed is deposited with the United States Postal
Service that same day in the ordinary course of business.  On this date, a copy of said
16
document was placed in a sealed envelope, with postage fully prepaid, addressed as set
17
forth herein, and such envelope was placed for collection and mailing at Call & Jensen,
Newport Beach, California, following ordinary business practices.
18
19
**[  ]**   (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call & Jensen
20
for collection and processing of correspondence for delivery by overnight courier.
Correspondence so collected and processed is deposited in a box or other facility
21
regularly maintained by the overnight service provider the same day in the ordinary
22
course of business. On this date, a copy of said document was placed in a sealed
envelope designated by the overnight service provider with delivery fees paid or
23
provided for, addressed as set forth herein, and such envelope was placed for delivery
24
by the overnight service provider at Call & Jensen, Newport Beach, California,
following ordinary business practices.
25
26
**[  ]**   (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the
transmittal sheet, I transmitted from a facsimile transmission machine, which telephone
27
number is (949) 717-3100, the document described above and a copy of this declaration
to the person, and at the facsimile transmission telephone numbers, set forth herein.
28
The above-described transmission was reported as complete and without error by a

properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ X ]  (BY E-MAIL)   I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.


[  ]   (FEDERAL)  I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[ X ]   (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on January 29, 2019, at Newport Beach, California.

Tabitha Muncey

1

## SERVICE LIST

2

Mike Arias, Esq.                                    **Attorneys for**
3
Alfredo Torrijos, Esq.
4
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
6701 Center Drive West, 14th Floor          Plaintiff Edwardo Munoz
5
Los Angeles, CA 90045
6
Tel:  (310) 844-9696
Fax: (310) 861-0168
7
mike@asstlawyers.com
8
alfredo@asstlawyers.com

9
Steven L. Woodrow *[Admitted Pro Hac Vice]*
10
Patrick H. Peluso *[Admitted Pro Hac Vice]*
Taylor T. Smith *[Admitted Pro Hac Vice]*
11
WOODROW & PELUSO, LLC
12
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
13
Tel: (720) 213-0675
14
Fax: (303) 927-0809
swoodrow@woodrowpeluso.com
15
ppeluso@woodrowpeluso.com
16
tsmith@woodrowpeluso.com

17

18

19

20

21

22

23

24

25

26

27

28