# EXHIBIT F



SEV 000096



**From:** Natasha Wilborn [mailto:nwilborn@talentwise.com]
**Sent:** Wednesday, March 27, 2013 5:12 PM
**To:** Nelson, Carroll; Pak, Daewon
**Cc:** John Zinter
**Subject:** TalentWise - Disclosure and Authorization Form

Hello Carroll and Daewon,

It was great working with you and your team today! I look forward to many more productive meetings.

I know we spoke yesterday/today about the disclosure & authorization form, and I want to make sure you have a copy to review. You are more than welcome to customize the form and make any changes (add/remove) you feel necessary. You may even add a logo! I always recommend reviewing the changes with your legal team before sending a final copy to TalentWise.

Please let me know if you have any questions.

Kind regards,

Natasha Wilborn | Deployment Manager, Professional Services
Phone: 425.974.8954 | Fax: 877.974.2204 | P.O. Box 1048 Bothell, WA 98041 | nwilborn@talentwise.com





Sign up for a TalentWise Hire™ demonstration today!

**Refer a friend to TalentWise today!**

This email, including attachments, constitutes non-public, confidential, and proprietary information owned by TalentWise. This information was intended to be conveyed only to the intended recipient(s). If you are not an intended recipient, please immediately delete this email, including attachments, and notify me. The unauthorized use, dissemination, distribution or reproduction of this email, including attachments, is prohibited and may be unlawful.

SEV 000097