1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>                  Defendant. | Case No.  2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**<br><br>Complaint Filed: May 9, 2018 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion to Compel should be granted.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is GRANTED.

Dated: _____

_____
Hon. Alicia G. Rosenberg
United States Magistrate Judge