Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
  kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
  ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DEFENDANT 7-ELEVEN, INC.'S NOTICE OF CLARIFICATION REGARDING DOCKET ENTRY 56** |

Complaint Filed:       May 9, 2018
First Am. Comp. Filed:  July 9, 2018
Trial Date:             July 2, 2019

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant 7-Eleven, Inc. ("7-Eleven") hereby files this notice of clarification regarding the Court's March 5, 2019 order issued as Docket No. 56, which states that "[t]he parties agreed at oral argument that discovery from class members is not needed for the merits of this case."

This statement is true in light of the Court's October 18, 2018 order granting class certification in this matter, which accepted Plaintiff's argument that class member discovery would not be necessary for the resolution of this case.  However, 7-Eleven is filing this notice to clarify that it continues to respectfully disagree with the order granting class certification in this matter, which rejected 7-Eleven's arguments that individual issues predominate because each class member would have to prove they were in fact confused by the FCRA disclosure form at issue in order to establish a claim for monetary relief.  7-Eleven continues to contend that the order should not have been issued for these reasons, which are further stated in its opposition briefing to that motion.

Dated:  March 14, 2019

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Kent R. Christensen
Delavan J. Dickson


By: */s/ Julie R. Trotter*
    Julie R. Trotter

Attorneys for Defendant 7-Eleven, Inc.