Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

Julie R. Trotter
  jtrotter@calljensen.com
Delavan J. Dickson
  ddickson@calljensen.com
Kent R. Christensen
  kchristensen@calljensen.com
**CALL & JENSEN**
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Facsimile: 949-717-3100

Attorneys for Defendant

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>**JOINT REPORT REGARDING DISCOVERY DISPUTES**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. A. Rosenberg<br><br>Complaint Filed: May 9, 2018<br>Trial Date: July 2, 2019<br>Discovery Cut-Off: April 3, 2019 |

The Parties, Edwardo Munoz, on behalf of himself and the Class, and 7-Eleven, Inc., hereby submit the following Joint Report in advance of the telephonic discovery conference set for March 21, 2019 at 10:00 a.m.:

The Parties have met and conferred regarding subpoenas that 7-Eleven has served on four of Plaintiff Munoz's former employers, but are at issue on the following two requests for the production of documents contained in the subpoenas:

1. Any and all documents related to job applications, resumes, and related documentation pertaining to the hiring of Munoz; and

2. Any and all documents related to personnel records and/or other records of employment history pertaining to Munoz.

Dated: March 19, 2019

**Edwardo Munoz**, individually and on behalf of all others similarly situated,

By:  /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Mike Arias (CSB #115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
  alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone:  (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com

**JOINT REPORT REGARDING DISCOVERY DISPUTES**

- 2 -

| | |
|---|---|
| 1 | **WOODROW & PELUSO, LLC** |
| 2 | 3900 East Mexico Avenue, Suite 300 |
| | Denver, Colorado 80210 |
| 3 | Telephone: (720) 213-0675 |
| | Facsimile: (303) 927-0809 |
| 4 | |
| 5 | *Attorneys for Plaintiff Edwardo Munoz* |

Dated: March 19, 2019              **7-Eleven, Inc.**,

                         By:   /s/ Delavan J. Dickson
                               One of Defendant's Attorneys

                               Julie R. Trotter
                                  jtrotter@calljensen.com
                               Delavan J. Dickson
                                  ddickson@calljensen.com
                               Kent R. Christensen
                                  kchristensen@calljensen.com
                               **CALL & JENSEN**
                               610 Newport Center Drive, Suite 700
                               Newport Beach, California 92660
                               Telephone: 949-717-3000
                               Facsimile: 949-717-3100

                               *Attorneys for Defendant 7-Eleven, Inc.*

**JOINT REPORT REGARDING DISCOVERY DISPUTES**

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 19, 2019.

/s/ Patrick H. Peluso