# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-3893-RGK (AGRx) | Date | March 21, 2019 |
|---|---|---|---|
| Title | Edwardo Munoz v. 7-Eleven, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | XTR 03/21/2019 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick H Peluso | Delavan J Dickson |

**Proceedings:** **TELEPHONIC DISCOVERY CONFERENCE - MOTION FOR RULING ON DISCOVERY DISPUTES (Dkt. No. 62)**

Case is called. Counsel state their appearances.

The court conducted a telephonic discovery conference regarding the discovery disputes listed in the parties' joint report regarding Defendant's subpoenas to four former employers of Plaintiff (Dkt. No. 62). The court and counsel conferred as stated on the record.

For the reasons stated on the record, IT IS ORDERED that Plaintiff's motion for protective order is GRANTED IN PART AND DENIED IN PART as follows:

1. Plaintiff's motion is denied to the extent that the former employers may produce (a) Plaintiff's job applications and resumes, and (b) documents sufficient to show the beginning and ending dates of Plaintiff's employment with each employer.

2. Plaintiff's motion is granted in all other respects.

This order is without prejudice to any third party's ability to object to a subpoena served upon it.

IT IS SO ORDERED.

0 : 20

Initials of Preparer kl