# EXHIBIT C

Edwardo L. Munoz - February 20, 2019

```
 1              UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3
 4   EDWARDO MUNOZ,           )
     individually and on      )
 5   behalf of all others     ) Case No. 2:18-cv-03893-
     similarly situated,      )          RGK-AGR
 6                            )
                  Plaintiff,  )
 7                            )
        vs.                   )
 8                            )
     7-ELEVEN, INC., a        )
 9   Texas corporation,       )
                              )
10                Defendant.  )
     _____)
11
12
13            DEPOSITION OF EDWARDO LEE MUNOZ
14                 Newport Beach, California
15              Wednesday, February 20, 2019
16
17
18   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC
19
20
21
22
23
24
25
```

Page 1

```
 1      Q    Did you ask him if he liked it there?
 2      A    Yeah.
 3      Q    And what was the job you applied for?
 4      A    A cashier.
 5      Q    When you applied, did you do that online or    10:44:50
 6   was it in the store?
 7      A    Online.
 8      Q    Online.
 9           You go through the 7-Eleven website or
10   something like that?                                   10:45:02
11      A    Yes.
12      Q    Do you remember what paperwork -- I guess
13   it's not really paperwork, but online what
14   information you filled out?
15      A    The application.                               10:45:21
16      Q    Anything else?
17      A    There was a bunch of paperwork that I had
18   to sign.
19      Q    Do you remember what any of it was?
20      A    No.                                            10:45:45
21      Q    Was that when you had to sign the -- or
22   when you saw the disclosure about the FCRA, the
23   Fair Credit Reporting Act stuff?
24      A    Yes.
25      Q    And there are a whole bunch of other           10:46:00
```

Page 48

```
 1   all okay?
 2       A    Yes.
 3       Q    Okay.  How did the interview with Mike end?
 4   What were -- what were the results?
 5       A    He told me that he would call me back in a      11:06:42
 6   couple days to see if I had the job.
 7       Q    Okay.  Do you know what he needed to do,
 8   why he didn't just offer it to you right then?
 9       A    He said he needed to do the background
10   check.                                                   11:06:56
11       Q    Okay.  What did you say to that?
12       A    I said, "Okay."
13       Q    Did you ask any questions about it, what it
14   would entail?
15       A    No.                                              11:07:12
16       Q    And so he said, "I'll need to run the
17   background check, but I'll call you back in a few
18   days"?
19       A    Yes.
20       Q    Okay.  What --                                   11:07:21
21            When did he call you back?
22       A    Probably like maybe three days after that.
23       Q    And what did he say?
24       A    He said that I had got the job.  My
25   background pass checked.  My background check             11:07:37
```

Page 66

```
 1   passed.
 2       Q    He told you straight up on the phone you
 3   passed the background check?
 4       A    Yes.  That's why they hired me.
 5       Q    Were you surprised that you passed the       11:07:52
 6   background check?
 7       A    I wasn't surprised.
 8       Q    Did you say anything about the fact you had
 9   a criminal history, just a misdemeanor?
10       A    No.                                          11:08:19
11       Q    Didn't bring it up?
12       A    No.
13       Q    No reason to; right?
14       A    No reason to.
15       Q    But you were okay with him running the       11:08:24
16   background search?
17       A    Yeah.
18       Q    You understood when he said, "I've got to
19   run the background search," that it could result in
20   you not getting the job; right?                       11:08:39
21       A    Yes.
22       Q    But you were still okay with him running
23   it?
24       A    Yes.
25       Q    Okay.  Okay.  Let's look at --               11:08:45
```

Page 67

```
 1      A    Yes.
 2      Q    Was it --
 3           Did you review it on a computer or it goes
 4   to your phone and you --
 5      A    To my phone.                                   01:36:25
 6      Q    And then you just review on your phone?
 7      A    Yes.
 8      Q    Okay.  Did you know it was going to be
 9   something that would be filed with the court?
10      A    No.                                            01:36:35
11      Q    Be that as it may, did you make sure that
12   it was 100 percent accurate?
13      A    Yes.
14      Q    And, I mean, there's no reason to say
15   something false in there; right?                       01:36:49
16      A    Yeah.
17      Q    You're not going to do that; right?
18      A    No.
19      Q    Okay.  And you signed at the bottom right?
20      A    Yes.                                           01:37:02
21      Q    Let's look at it and just I want to clarify
22   a few things then.
23           Paragraph 2 is kinda where we'll start.
24   The first paragraph is just kind of introductory.
25           Paragraph 2, "In or around January 2018, I     01:37:14
```

Page 135

```
 1    applied for a position with 7-Eleven, Inc."
 2         "I" is you; right?
 3    A    Yes.
 4    Q    So this is like you're saying these words.
 5    You understand that?                                01:37:24
 6    A    Yes.
 7    Q    Okay.  That's all true?  January 2018 you
 8    applied; right?
 9    A    Yes.
10    Q    And we looked.  It was January 16; right?     01:37:32
11    A    Yes.
12    Q    All right.  Paragraph 3, "In connection
13    with my employment application, I was required to
14    complete the document entitled Disclosure Regarding
15    Background Investigation."                         01:37:48
16         That's what it says; right?
17    A    Yes.
18    Q    But that's not accurate; right?  You
19    weren't required to complete it during your
20    application; right?  It was --                     01:38:01
21    A    Yes.
22    Q    Okay.  Explain to me what you mean.
23    A    No.  I had to -- I had to do that with the
24    application in order to get the job.
25    Q    Okay.  Maybe we're just missing each other    01:38:19
```

Page 136

```
 1   application process."
 2           That's still true, in your opinion?
 3       A   Yes.
 4       Q   And, again, the nature of the information        01:47:07
 5   is the talking to witnesses; right?
 6       A   Yes.
 7       Q   Okay.  You then say, Paragraph 6, "Starting
 8   on January 26, 2018, I began my employment with
 9   7-Eleven."
10           It was actually January 30th; right?           01:47:24
11       A   Yes.
12       Q   Okay.  And then, "Approximately one month
13   later, on or around February 21st, 7-Eleven informed
14   me that I was terminated based upon information
15   contained in my background check."                    01:47:37
16           That's still true; right?
17       A   Yes.
18       Q   That's accurate.  Okay.
19           "In short, had I understood the information
20   that would be provided to 7-Eleven, I would not have   01:47:48
21   signed the disclosure."
22           Again, the information is not the -- not
23   the misdemeanor, but additional information beyond
24   that; right?
25       A   Yes.                                           01:48:00
```

Page 143

1   Q   Do you understand that you were terminated
2   because of what they found in your criminal record
3   search; right?
4   A   Yes.
5   Q   And so a basic criminal record search would          02:21:03
6   have found that misdemeanor; correct?
7   A   Yes.
8   Q   So your understanding of a background
9   search, that was okay for them to find; correct?
10  A   Yes.                                                 02:21:16
11  Q   And what they found is what led to your
12  termination; right?
13  A   Yes.
14  Q   And you have no knowledge whether or not
15  they called your schools or they looked into your        02:21:24
16  characteristics or your mode of living; correct?
17  A   Yes.
18  Q   Do you think it's fair that you didn't read
19  this form, so you didn't understand it, and then you
20  turn around and sue 7-Eleven for not reading the         02:21:43
21  form?
22       MR. PELUSO:  Objection as to the form.
23       THE WITNESS:  What was that again?
24  BY MR. CHRISTENSEN:
25  Q   Do you think it's fair to 7-Eleven, that             02:21:54

Page 172