# EXHIBIT A

```
 1      Q    So it's not really fine print.  Is it fine
 2   print, in your opinion?
 3      A    Yeah, because it's small.  It's --
 4      Q    Just because it's small?
 5      A    Yeah.                                         01:43:07
 6      Q    That's what you mean.  Okay.
 7           All right.  Back to your declaration,
 8   Paragraph 4.  "As a result of the excessive
 9   information, I was confused as to both what the
10   purpose of the disclosure was and what it actually   01:43:24
11   authorized."
12           You understood there was a purpose to the
13   disclosure; right?  You just were confused what that
14   purpose might be?
15      A    As in -- as in being a simple criminal        01:43:47
16   background check, yes.  That's what I thought.
17      Q    You understood it was --
18           You thought it was just a simple criminal
19   background check?  That's what you're saying?
20      A    Yes.                                          01:44:03
21      Q    Okay.  What do you mean by a simple
22   criminal background check?
23      A    As in like a background check.  That's -- I
24   thought it was just a simple background check that
25   everybody gives you.                                  01:44:17
```

Page 140

1  Q   Okay.

2  A   And --

3  Q   And your understanding now is that's not

4  the case?

5  A   Yeah.                                        01:44:24

6  Q   What -- what makes it different than what

7  everybody else does?

8  A   Where -- where everybody can contact

9  whoever or whomever and -- and if I would have known

10 that, like I probably wouldn't have signed it.    01:44:47

11 Q   Okay.  So your testimony is, look, I

12 thought they were going to run like a public records

13 search or something.

14 A   Yeah.

15 Q   I didn't know they would be contacting --    01:45:04

16 A   Like my grandma, my -- you know, like --

17 Q   -- contacting witnesses or something?

18 A   Yeah.

19 Q   Okay.  And if it's just a criminal

20 background search, you have no problem with that,   01:45:21

21 though; right?

22 A   Yes.

23 Q   It's when they do more, to go contact other

24 witnesses and whatever else?

25 A   Yes.                                          01:45:28

```
 1      Q    If you were to learn that 7-Eleven actually
 2   didn't contact witnesses and only did what you call
 3   a simple criminal background check, would you still
 4   be upset?
 5           MR. PELUSO:  Objection.  Calls for              01:45:41
 6   speculation.
 7           THE WITNESS:  No.
 8   BY MR. CHRISTENSEN:
 9      Q    Okay.  You also say in here that you were
10   confused what it actually authorized.               01:45:59
11           And I think that's kinda we're talking
12   about the same thing again.  You're saying I'm okay
13   if they run the background search and find out about
14   my misdemeanor, but I don't -- I don't want them
15   talking to witnesses and things.                   01:46:14
16      A    Yes.
17      Q    That's what you're saying?
18      A    Yes.
19      Q    And you were confused that this form
20   authorized them to do that?                         01:46:20
21      A    Yes.
22      Q    Okay.  All right.  Paragraph 5 you say,
23   "Despite not understanding the nature of the
24   information that would be disclosed, I chose to
25   execute the disclosure to continue with the          01:46:55
```

Page 142

```
 1   application process."
 2           That's still true, in your opinion?
 3      A    Yes.
 4      Q    And, again, the nature of the information
 5   is the talking to witnesses; right?                    01:47:07
 6      A    Yes.
 7      Q    Okay.  You then say, Paragraph 6, "Starting
 8   on January 26, 2018, I began my employment with
 9   7-Eleven."
10           It was actually January 30th; right?           01:47:24
11      A    Yes.
12      Q    Okay.  And then, "Approximately one month
13   later, on or around February 21st, 7-Eleven informed
14   me that I was terminated based upon information
15   contained in my background check."                    01:47:37
16           That's still true; right?
17      A    Yes.
18      Q    That's accurate.  Okay.
19           "In short, had I understood the information
20   that would be provided to 7-Eleven, I would not have  01:47:48
21   signed the disclosure."
22           Again, the information is not the -- not
23   the misdemeanor, but additional information beyond
24   that; right?
25      A    Yes.                                           01:48:00
```

Page 143

```
 1        Q    And that's still true?
 2        A    Yes.
 3        Q    Had it been limited to just we're just
 4   going to look up public records, criminal history --
 5   I don't know -- you have no problem signing that;          01:48:11
 6   right?
 7        A    Yes.
 8        Q    And, in fact, you told Mike, "Yeah.  Go
 9   ahead and run a background search"?
10        A    Yes.                                             01:48:19
11        Q    Okay.  All right.  Let's look at the
12   disclosure here.
13             MR. PELUSO:  Just sticking with the same
14   exhibit?  Yeah.
15             MR. CHRISTENSEN:  I guess so.  Yeah.  We're      01:48:34
16   on it, I guess.  Actually, no, you're probably
17   right.
18             Okay.  Let's grab -- if you have Exhibit 8
19   lying around.  Or you know what?  I might have a
20   better one here.                                           01:48:56
21             That's okay.  All right.  We'll stick to
22   this exhibit.  If we have to bounce around, we'll do
23   it, but we'll try to make this simple.
24        Q    All right.  So we're still on Exhibit --
25             MR. PELUSO:  16, I think.                        01:49:12
```

Page 144

```
 1                THE COURT REPORTER:  Yes.
 2     BY MR. CHRISTENSEN:
 3         Q     16.  Thank you.
 4               All right.  This is the disclosure and this
 5     is the disclosure you say you were confused by;           01:49:18
 6     right?
 7         A     Yes.
 8         Q     And did you read this disclosure?
 9         A     Yes.
10         Q     Word for word?                                  01:49:32
11         A     No.
12         Q     How much of this disclosure did you read?
13         A     About the first, first sentence, first
14     couple sentences.  Yeah.
15         Q     First couple sentences.  Okay.                  01:49:48
16               Let's -- let's go through so you can show
17     me what you read exactly, and then we'll talk to
18     what you understood.  All right.
19               Okay.  So the heading, and it's kinda
20     covered up by the court stamp, but it                     01:50:08
21     says, "Disclosure Regarding Background
22     Investigation."
23               Did you read that?
24         A     Yes.
25         Q     And did you understand what that was?           01:50:18
```

Page 145

1  A No.

2  Q You didn't understand what that meant?

3  A No.

4  Q What did you think it meant?

5  A I thought it was just a background check. 01:50:27

6  Q Okay. And is it your understanding now
7 that it's not?

8  A Yes.

9  Q And the reason why, why do you think it's
10 not a background check? 01:50:41

11  A Because what it says right here, it says
12 consumer report, background report, and the
13 investigative consumer report --

14  Q Okay.

15  A -- which I have no idea of what those are. 01:50:52

16  Q Okay. Okay. So you first see, "Disclosure
17 Regarding Background Investigation," and you're
18 saying I don't know what background investigation
19 means?

20  A Yeah. 01:51:04

21  Q You, at least, understood it was some kind
22 of investigation into your background, though;
23 right?

24  A Yes.

25  Q And you agree that that suggests it's maybe 01:51:11

```
 1   even broader than just a criminal history search;
 2   right?
 3        A    Yes.
 4        Q    All right.  So then you -- you read this
 5   first sentence, you say?                              01:51:24
 6        A    Yes.
 7        Q    And, again, this is -- just so I'm clear,
 8   you're at the 7-Eleven office on the computer;
 9   right?
10        A    Yes.                                        01:51:32
11        Q    Reading this.
12             Okay.  So let's read this first sentence
13   together.  "For the purpose" --
14             Or actually will you read it, the first
15   sentence?                                             01:51:41
16        A    "For the purpose of maintaining the safety
17   and security of our stores, customers, employees,
18   and property, 7-Eleven, Inc., may order a consumer
19   report, background report or investigate" --
20   "investigative consumer report on you in connection   01:51:56
21   with application for employment on your ongoing
22   employment with 7-Eleven."
23        Q    Okay.  Good.  So that's the sentence you
24   read at the time?
25        A    Yes.                                        01:52:11
```

Page 147

```
 1    Q    And I think I understand you're saying you
 2  didn't understand what this sentence was saying?
 3    A    Yes.
 4    Q    Okay.  What about it don't you understand?
 5    A    I don't know what a consumer report is,      01:52:29
 6  background report or investigative consumer report.
 7    Q    Okay.  At the time did you have any thought
 8  as to what those might mean?
 9    A    I just thought it was a background check.
10    Q    Just a background check, like you're saying  01:52:50
11  public records check or whatever?
12    A    Like every other -- every other application
13  that I've done.
14    Q    Yeah.
15    A    I thought it was the same thing --           01:52:59
16    Q    Okay.
17    A    -- with the background check.
18    Q    Okay.  But those phrases -- consumer
19  report, background report, investigative consumer
20  report -- those were foreign to you?                01:53:10
21    A    Yes.
22    Q    Okay.  Did you say, "Mike, man, I don't
23  know what this means.  What are they talking about,
24  a consumer report, investigative consumer report"?
25    A    No.                                          01:53:23
```

Page 148

Edwardo L. Muñoz - February 20, 2019

1      A    Yeah.

2      Q    Yeah.  Okay.

3           So as you read that now, does it help you

4    see that these kinda weirder terms -- consumer

5    report, background report, investigative consumer      02:03:00

6    report -- are then explained below saying, look,

7    we're going to look at sources, look into your

8    character, general reputation, we might do personal

9    interviews?  Does that help you understand what the

10   report might look like?                                02:03:16

11          MR. PELUSO:  Objection as to the form.

12          THE WITNESS:  Kind of.  Not really, I mean.

13   BY MR. CHRISTENSEN:

14     Q    What confuses you about that?

15     A    Because like is it all of them put into one     02:03:30

16   or --

17     Q    All of what put into one?  Sorry.

18     A    -- or is it just -- is it consumer report

19   or is it a background report or is it an

20   investigative report --                                02:03:45

21     Q    Okay.

22     A    -- or is it just all of them put

23   together --

24     Q    Sure.  So your concern --

25     A    -- basically?                                   02:03:51

Page 157

Edwardo L. Munoz - February 20, 2019

```
 1  BY MR. PELUSO:
 2      Q    And if you understood that 7-Eleven had the
 3  right or was asking you to give them the right to do
 4  things like contact past employers and family
 5  members, would you have said yes?              02:16:18
 6      A    No.
 7      Q    Okay.  Just one thing.
 8           I believe you said that this -- we're
 9  looking at Exhibit 16 still, the background check
10  disclosure there.                              02:16:37
11           You'd stated that you don't recall reading
12  this whole thing?
13      A    No.
14      Q    Is that because you --
15           Well, why did you stop reading after you  02:16:48
16  saw background check?
17      A    Because I thought it was just a simple
18  background check, just --
19      Q    And that's what you were authorizing?
20      A    Yes.  I thought it was like every other job  02:16:59
21  background check.
22      Q    So asking you to authorize additional
23  things you believe is outside the scope of a basic
24  background check?
25           MR. CHRISTENSEN:  Objection.  Leading.   02:17:16
```

Page 168

```
 1                THE WITNESS:  Yes.
 2                MR. PELUSO:  Okay.  I don't have any more
 3    questions.
 4                MR. CHRISTENSEN:  Okay.  Just a couple
 5    follow-ups on that.                                  02:17:23
 6
 7                    FURTHER EXAMINATION
 8    BY MR. CHRISTENSEN:
 9         Q    I think I understand what you're saying
10    that, what you understood, this form was authorizing  02:17:31
11    a basic background check; right?
12         A    Yes.
13         Q    And your counsel mentioned you thought
14    calling schools would go above a basic background
15    check; is that right?                                 02:17:45
16         A    Yes.
17         Q    Do you have an issue with 7-Eleven calling
18    past schools?
19         A    I mean, is it -- is it necessary?
20         Q    I'm just asking if you have an issue with   02:17:56
21    it.
22         A    I mean, no.  I don't have an issue.
23         Q    Okay.  So why wouldn't you have authorized
24    them to do it?
25         A    Because I don't think they need -- they     02:18:10
```