Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
  kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
  ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893 RGK (AGR)<br><br>**JOINT STIPULATION TO CONTINUE MAY 20, 2019 HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIGHT OF ONGOING SETTLEMENT DISCUSSIONS**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Complaint Filed: May 9, 2018<br>First Am. Comp. Filed: July 9, 2018<br>Trial Date: July 2, 2019 |

Plaintiff Edwardo Munoz and Defendant 7-Eleven, Inc. jointly request that the Court continue the hearing currently set on Plaintiff's Motion for Summary Judgment from May 20, 2019 to June 3, 2019, at 9:00 a.m.

The Parties respectfully submit that good cause exists for this continuance because: (1) having additional time to focus on settlement, discussions of which have been ongoing since the Parties' April 9, 2019 mediation, will make reaching a resolution more likely; (2) the Parties believe the current procedural posture of the case where both Parties have pending yet unruled on summary judgment motions also is of assistance to their settlement efforts; (3) the Parties do not believe any more additional time is necessary for them to fully exhaust their settlement efforts at this juncture; and (4) if settlement is reached, it likely will help the Court avoid the unnecessary expenditure of time and resources on the pending summary judgment motions.

Dated: May 9, 2019

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Kent R. Christensen
Delavan J. Dickson


By: */s/ Julie R. Trotter*
Julie R. Trotter

Attorneys for Defendant 7-Eleven, Inc.

Dated: May 9, 2019

WOODROW & PELUSO, LLC
Steven L. Woodrow
Patrick H. Peluso
Taylor T. Smith


By: */s/ Patrick H. Peluso*
Patrick H. Peluso

Attorneys for Plaintiff Edwardo Munoz

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Patrick H. Peluso, Counsel for Plaintiff Edwardo Munoz, and that I have obtained Mr. Peluso's authorization to affix his electronic signature to this document.

Dated: May 9, 2019            */s/ Julie R. Trotter*
                                               Julie R. Trotter