Mike Arias (CSB #115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
  alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANT & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 216-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz**, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-03893-RGK-AGR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. R. Gary Klausner |
| **7-Eleven, Inc.**, a Texas corporation | Place: Courtroom 850 |
| Defendant. | |
| | Complaint Filed: May 9, 2018 |

Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz") hereby provides notice that the Parties have reached a settlement in this case, and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions overseen by a respected third-party neutral and have reached an agreement in principle to resolve the claims brought by Plaintiff and the Class.
2. The Parties are presently working to finalize a settlement agreement.
3. The Parties respectfully request that a deadline of June 25, 2019 be set for the filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.
4. The Parties further respectfully request that all deadlines in the case, including trial, be vacated at this time pending the settlement approval process.

Respectfully Submitted,

**EDWARDO MUNOZ**, individually and on behalf of all others similarly situated,

Dated: May 14, 2019

By: ___/s/ Patrick H. Peluso___
     One of Plaintiff's Attorneys

Mike Arias (CSB #115385)
   mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
   alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
   swoodrow@woodrowpeluso.com

Patrick H. Peluso*
    ppeluso@woodrowpeluso.com
Taylor T. Smith*
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on May 14, 2019.

/s/ Patrick H. Peluso