UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03893-RGK-AGR | Date | May 15, 2019 |
|---|---|---|---|
| Title | *Munoz v. 7-Eleven, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) SCHEDULING NOTICE and ORDER re: Notice of Settlement (DE 81)

On May 9, 2018, Edward Munoz ("Plaintiff") filed a complaint against 7-Eleven, Inc. ("Defendant") in federal court on behalf of a class similarly situated alleging that the Defendant violated sections 1681b(b)(2)(A)(i) and 1681b(b)(3) of the Fair Credit Reporting Act ("FCRA"), as well as sections of California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*) ("UCL").

On July 23, 2018, Plaintiff filed a First Amended Complaint ("FAC"). Plaintiff continues to allege violations of section 1681b(b)(2)(A)(i) of the FCRA and the UCL, but eliminated his claim for violation of § 1681b(b)(3) of the FCRA. On September 5, 2018, Defendant's Motion to Dismiss for Failure to State a Claim was denied. On October 18, 2018, the Court granted Plaintiff's Motion for Class Certification.

On April 8, 2019, Defendant filed a Motion for Summary Judgment, which the Court took under submission on May 8, 2019. Plaintiff filed a cross-Motion for Summary Judgment on April 17, 2019, which the Court took under submission of May 15, 2019.

On May 14, 2019, with the motions for summary judgment pending, Plaintiff filed a Notice of Settlement. After reviewing the Notice of Settlement, the Court **ORDERS** the following:

- The deadline for Plaintiff to file a Motion for Preliminary Approval of Class Action Settlement is <u>June 17, 2019</u>; and

- The pending motions for summary judgment will remain under submission until <u>June 24, 2019</u>. In the event that a Motion for Preliminary Approval is not timely filed, the Court will issue its ruling on the pending motions for summary judgment.

IT IS SO ORDERED.

|  | _____ : _____ |
|---|---|
|  | Initials of Preparer |