# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 15, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Complaint Filed: May 9, 2018 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Preliminary Approval of Class Action Settlement should be granted, and hereby orders as follows:

1. The Court finds that, subject to the Final Approval Hearing, the Settlement Agreement is fair, reasonable, adequate, and in the best interest of the Class Members.

2. The Court further finds that the Notice Plan and all forms of Notice to the Class Members as set forth in the Settlement Agreement and the Exhibits thereto are approved as to their form, method, and content. Further, the Court finds that the Notice Plan satisfies all of the requirements of Fed. R. Civ. P. 23 and due process.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Dated: _____

_____
Hon. R. Gary Klausner
United States District Judge