Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
 kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
 ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  July 15, 2019<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |
| | Complaint Filed:       May 9, 2018<br>First Am. Comp. Filed: July 9, 2018<br>Trial Date:            July 2, 2019 |

**TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant 7-Eleven, Inc. ("Defendant") has received Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Having reviewed said motion, Defendant does not oppose it.

Dated: June 24, 2019

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Kent R. Christensen
Delavan J. Dickson

By: */s/ Julie R. Trotter*
　　Julie R. Trotter

Attorneys for Defendant 7-Eleven, Inc.