# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-03893-RGK-AGR | Date | July 30, 2019 |
| Title | *EDWARDO MUNOZ v. 7-ELEVEN, INC.* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order Re: Plaintiff's Motion for Preliminary Approval of Class Action Settlement (DE 85)

On July 18, 2019, the Court issued an Order re Plaintiff's Motion for Preliminary Approval of Class Action Settlement. In that Order, the Court continued the hearing to allow the parties to file an Addendum that cured the deficiency regarding language used in releasing claims.

On July 29, 2019, the parties timely filed their Addendum. Upon review of the parties' filing, the Court hereby **GRANTS** Plaintiff's Motion for Preliminary Approval, with the materials submitted in the Addendum replacing the original items submitted with the Motion. In addition, the Court approves Plaintiff's method and time frame for notifying Class members of the Settlement as set forth in the Stipulation of Class Action Settlement. Steven L. Woodrow, Patrick H. Peluso, and Taylor T. Smith are appointed as Class Counsel. Plaintiff is appointed as Class Representative. Kurtzman Carson Consultants (KCC) is appointed as Settlement Administrator. The Final Approval Hearing is scheduled for hearing on **November 4, 2019, at 9:00 a.m.**

**IT IS SO ORDERED.**

Initials of Preparer   _____ : _____