Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
 kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
 ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DEFENDANT 7-ELEVEN, INC.'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Complaint Filed:      May 9, 2018<br>First Am. Comp. Filed:  July 9, 2018<br>Trial Date:              July 2, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 5 and 31, 2019, pursuant to and in accordance with 28 U.S.C. § 1715(b), Defendant 7-Eleven, Inc. ("7-Eleven") caused notification of the proposed class action settlement with the Plaintiff in this action to be provided to each of the appropriate federal and state officials by certified mail through the U.S. Postal Service, as reflected in the accompanying declaration of counsel. (*See* Declaration of Delavan J. Dickson, ¶ 2, Exs. A and B.)

Dated: September 16, 2019

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Kent R. Christensen
Delavan J. Dickson

By: */s/ Delavan J. Dickson*
　　　Delavan J. Dickson

Attorneys for Defendant 7-Eleven, Inc.