Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
 kchristensen@calljensen.com
Delavan J. Dickson, Bar No. 270865
 ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>        Defendant. | Case No.  2:18-cv-03893 RGK (AGR)<br><br>**DECLARATION OF DELAVAN J. DICKSON IN SUPPORT OF DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |
| | Complaint Filed:       May 9, 2018<br>First Am. Comp. Filed: July 9, 2018<br>Trial Date:            July 2, 2019 |

I, Delavan J. Dickson, declare as follows:

1. I am an attorney with the law firm of Call & Jensen, APC, which is counsel of record for Defendant 7-Eleven, Inc. ("7-Eleven") in this matter. I have personal knowledge of the matters contained in this declaration and, if called on as a witness, I could and would testify competently as to the matters set forth herein.

2. On July 5, 2019, Call & Jensen served, by certified mail, the Notice of Proposed Class Action Settlement Being Provided in Accord with 28 U.S.C. § 1715 ("Notice"). A true and correct copy of the Notice is attached hereto as **Exhibit A**.

3. On July 31, 2019, Call & Jensen served, by certified mail, the Second Notice of Proposed Class Action Settlement Being Provided in Accord with 28 U.S.C. § 1715 ("Second Notice"). A true and correct copy of the Second Notice is attached hereto as **Exhibit B**.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed on September 16, 2019, at Millcreek, Utah.

 */s/ Delavan J. Dickson*
 Delavan J. Dickson