# EXHIBIT B

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz**, individually and on behalf of al others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.**, a Texas corporation,<br><br>Defendant. | Case No. 2:18-CV-03893-RGK-AGR<br><br>**DECLARATION OF GIO SANTIAGO ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE** |

## DECLARATION OF GIO SANTIAGO ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE

I, Gio Santiago, declare:

1. I am over the age of eighteen (18) and I have personal knowledge of the matters set forth herein. I am able to testify to the matters set forth herein if called upon to do so.

2. I am employed as a project manager by KCC Class Action Services, LLC ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202.

3. KCC was retained as the Class Administrator and Settlement Administrator in this case, and as the project manager, I oversaw all aspects of the administrative services provided. I submit this declaration regarding the *Edwardo*

1

*Munoz v. 7-Eleven, Inc.*, Notice Program.

4. KCC was initially retained as the Class Administrator in this case following the Court's Order granting class certification.

5. On February 12, 2019, the Court approved Plaintiff Edwardo Munoz's ("Plaintiff" or "Munoz") proposed class notice plan, and appointed KCC as the Class Administrator.

6. On April 10, 2019, in connection with the initial notice plan, Call & Jensen, counsel for Defendant 7-Eleven, Inc. ("7-Eleven"), provided KCC with an excel file that contained the names, mailing addresses, and email addresses of 59,920 Settlement Class Members. KCC reviewed the data and processed the names and addresses through the United States Postal Service ("USPS") National Change of Address database. KCC identified and removed all records with no valid physical address and no email address. Further, KCC identified and removed all duplicate records. There remained a total of 52,165 records with either an email address or a postal address that could be sent notice.

7. KCC identified 52,009 records that contained a valid physical address. KCC identified 49,448 valid email addresses. On April 15, 2019, of the 52,165 unique Class Members identified, KCC mailed a physical notice to 52,009 Class Members with a valid physical address, and emailed notice to the 49,448 Class Members with a valid email address.

8. As of July 9, 2019, KCC received forty-one (41) timely opt-outs from the initial notice plan. These individuals have been excluded from the class action settlement.

9. Following the Parties reaching a class action settlement, KCC was retained to administer the Settlement Notice Plan.

10. On July 30, 2019, the Court appointed KCC as the Settlement

2

Administrator in its Order Granting Preliminary Approval of the Class Action Settlement ("Order").

11. On August 20, 2019, KCC established the Settlement Website for this matter at www.7elevenfcralawsuit.com. On the Settlement Website, visitors can view answers to frequently asked questions, download important case documents including the Settlement Agreement, Preliminary Approval Order, Long Form Notice, Claim Form, and operative complaint. Visitors could also submit Claim Forms online. To date, the website has been viewed by 18,271 unique visitors.

12. On August 22, 2019, KCC established a toll free telephone number that Class Members could call and listen to answers to Frequently Asked Questions and request a Claim Form be sent to them.

13. Prior to mailing settlement notice, KCC again processed the names and addresses received from 7-Eleven through the United States Postal Service ("USPS") National Change of Address database. After review, KCC identified 52,159 records with either an email address or a postal address that could be sent notice. KCC identified 52,004 records that contained a valid physical address. KCC also identified 49,422 valid email addresses.

14. On August 29, 2019, KCC sent the Short Form Notice via email ("Email Notice") to 49,422 Class Members, or 94.75% of the class. A true and correct copy of the Email Notice is attached hereto as Exhibit A.

15. On August 29, 2019, KCC mailed the Short Form Notice in the form of a postcard ("Postcard Notice") to 52,004 Class Members whose physical address was available. A true and correct copy of the Postcard Notice is attached as Exhibit B.

16. To date, KCC has received a total of 529 Postcard Notices returned by the USPS with forwarding addresses. KCC caused the Class List to be updated with

the new addresses and Postcard Notices to be re-mailed to the updated addresses.

17. To date, KCC has received a total of 7,778 Postcard Notices returned by the USPS without forwarding address information. KCC ran a search for an updated address for Class Members whose Postcard Notice was returned as undeliverable, and updated and re-mailed the Postcard Notice to 3,813 Class Members.

18. At the close of the claims period, direct mail notice successfully reached 48,039 class members, which represents 92.10% of the class.

19. The deadline to submit a request for exclusion ("opt-out") was October 4, 2019. To date, KCC has received 19 timely opt-outs.

20. The deadline to submit an objection to the settlement was October 4, 2019. To date, KCC has received 0 objections.

21. The deadline to submit a Claim Form was October 4, 2019.[1] To date, KCC has received 1,914 timely Claim Forms. Of those, 1,880 claims were submitted online and 34 Claim Forms were submitted via postal mail. KCC is currently in the process of reviewing Claim Forms for eligibility and can provide an updated report to counsel after the Claim Form filing deadline has passed and all Claim Forms have been validated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Monday, October 7, 2019.

_____
Gio Santiago

---

[1] The deadline to file claims was initially September 23, 2019. Counsel for both Parties agreed to extend the deadline until October 4, 2019 to match the objection/exclusion deadline.

4

# EXHIBIT A

**ATTENTION! If you Applied to Work at a 7-Eleven Corporate Store and had a Background Check Obtained Regarding Your Employment From May 9, 2016 to August 29, 2019, You may be Part of a Class Action Settlement.**

**Learn More at: www.7ElevenFCRALawsuit.com**

You are receiving this notice because you have been identified as a Settlement Class Member in *Edwardo Munoz v. 7-Eleven, Inc*. 2:18-cv-03893-RGK-AGR, pending in the U.S. District Court for the Central District of California. The Court has preliminarily approved a settlement that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit www.7ElevenFCRALawsuit.com to read the Full Notice, submit a Claim Form, and view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that 7-Eleven obtained background checks regarding applicants and employees in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, et. seq. The Class Representative claims that 7-Eleven obtained the background checks unlawfully insofar as it didn't provide a standalone disclosure and authorization as required by the Act prior to procuring the background check report. 7-Eleven denies that it violated any laws and asserts several defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the settlement regardless of whether you file a claim.

**How Do I Know if I am a Class Member?** The Court in this case certified a class and subclass on October 18, 2018 (dkt. 43), defined as follows:

Disclosure Class: All persons in the United States who (1) from a date [two years] prior to the filing of this initial complaint in this action to the date notice is sent to the Disclosure Class; (2) applied for employment with Defendant; (3) about whom Defendant procured a consumer report; and (4) who were provided the same for FCRA disclosure and authorization as the disclosure and authorization form that Defendant provided to Plaintiff.

California Subclass: All members of the Disclosure Class who reside in California.

**What are My Options?** You may submit a Claim Form to be paid your share of the Net Settlement Fund (equal to the Settlement Fund of $1,972,500 less all approved Settlement Administration Expenses, and any Incentive Awards and the Fee Award to Class Counsel). You can discuss the case with Class Counsel. You may also enter an appearance through an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc*. Case No. 2:18-cv-03893-RGK-AGR" to the Settlement Administrator, postmarked by October 4, 2019. Specific information is available at www.7ElevenFCRALawsuit.com. If you do nothing, you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3); however, you will NOT receive a share of the Net Settlement Fund. You MUST file a Claim Form to receive a payment. If you request exclusion, you will not be able to participate in the settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow, Patrick H. Peluso, and Taylor T. Smith of Woodrow & Peluso, LLC to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed settlement and a copy of the Full Notice and Claim Form, go to www.7ElevenFCRALawsuit.com, contact the Administrator at 1-866-367-8384 or Edwardo Munoz v. 7-Eleven, Inc. Settlement Administrator, P.O. Box 43501, Providence, RI 02940-3501 or call Class Counsel at 1-720-213-0676.

# EXHIBIT B

*Edwardo Munoz v. 7-Eleven, Inc.* ID #:1584

Settlement Administrator
P.O. Box 43501
Providence, RI 02940-3501

## LEGAL NOTICE

2D

**ATTENTION! If you Applied to Work at a 7-Eleven Corporate Store and had a Background Check Obtained Regarding Your Employment From May 9, 2016 to August 29, 2019, You may be Part of a Class Action Settlement. Learn More at:**

www.7ElevenFCRALawsuit.com

**The Claim Form must be submitted online or postmarked by September 23, 2019.**

# EEM

Postal Service: Please Do Not Mark Barcode

EEM-<<Claim8>>-<<CkDig>>

ClaimID: <<Claim8>>
PINCode: <<PINCode>>

«FirstNAME» «LastNAME»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

## Claim Form

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE):**

**Primary Address:**

**City:**   **State:**   **Zip:**

**Phone Number:**

2D

«FirstName» «LastName»
«Addr1» «Addr2»
«City», «St»  «Zip»

**Email:**

**Settlement Class Member Affirmation**: By submitting this claim form, I declare under penalty of perjury that I applied for work at a 7-Eleven, Inc. corporate location and had a background check procured in regard to my potential or actual employment.

I state under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

_____   _____
Signature                    Date (mm/dd/yyyy)

The Settlement Administrator will review your Claim Form. If accepted, you will be mailed a check for a pro rata share, depending on the number of Approved Claims. This process takes time, please be patient. You may submit only one Claim Form. Additional Claim Forms will be disregarded.



<<ClaimID>>

For the records reflecting this notice because you have been identified as a Settlement Class Member in *Edwardo Munoz v. 7-Eleven, Inc.*, 2:18-cv-03893-RGK-AGR, pending in the U.S. District Court for the Central District of California. The Court has preliminarily approved a Settlement that could impact your legal rights, whether you act or not. This is only a summary of the Full Notice. Visit www.7ElevenFCRALawsuit.com to read the Full Notice, submit a Claim Form, and view important court dates and documents.

**Nature of the Action.** This lawsuit alleges that 7-Eleven obtained background checks regarding applicants and employees in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, et seq. The Class Representative claims that 7-Eleven obtained the background checks unlawfully insofar as it didn't provide a standalone disclosure and authorization as required by the Act prior to procuring the background check report. 7-Eleven denies that it violated any laws and asserts several defenses. The Court has not determined who is right. Rather, you are receiving this legal notice because your rights may be impacted by the Settlement regardless of whether you file a claim.

**How Do I Know if I am a Class Member?** The Court in this case certified a class and subclass on October 18, 2018 (dkt. 43), defined as follows:

> **Disclosure Class:** All persons in the United States who (1) from a date [two years] prior to the filing of this initial complaint in this action to the date notice is sent to the Disclosure Class; (2) applied for employment with Defendant; (3) about whom Defendant procured a consumer report; and (4) who were provided the same for FCRA disclosure and authorization as the disclosure and authorization form that Defendant provided to Plaintiff.
>
> **California Subclass:** All members of the Disclosure Class who reside in California.

**What are My Options?** You may submit a Claim Form to be paid your share of the Net Settlement Fund (equal to the Settlement Fund of $1,972,500 less all approved Settlement Administration Expenses, and any Incentive Awards and the Fee Award to Class Counsel). You can discuss the case with Class Counsel. You may also enter an appearance through an attorney if you so desire. You may also request to be excluded, and the Court will exclude any member who timely requests exclusion. To request exclusion, you must mail a signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case No. 2:18-cv-03893-RGK-AGR" to the Settlement Administrator, postmarked by October 4, 2019. Specific information is available at www.7ElevenFCRALawsuit.com. If you do nothing, you will be in the Class and you will also be bound by all orders and judgments of the Court entered under Rule 23(c)(3); however, you will NOT receive a share of the Net Settlement Fund. You MUST file a Claim Form to receive a payment. If you request exclusion, you will not be able to participate in the Settlement.

**Who Represents Me?** The Court has appointed Steven L. Woodrow, Patrick H. Peluso, and Taylor T. Smith of Woodrow & Peluso, LLC to be the attorneys for the Class. These attorneys are referred to as Class Counsel. You may hire your own lawyer at your own expense.

**How Do I Get More Information?** For more information about the proposed Settlement and a copy of the Full Notice and Claim Form, go to www.7ElevenFCRALawsuit.com, contact the Administrator at 1-866-367-8384 or Edwardo Munoz v. 7-Eleven, Inc. Settlement Administrator, P.O. Box 43501, Providence RI 02940-3501 or call Class Counsel at 1-720-213-0676.

To request exclusion, submit your signed statement that says "I wish to be excluded from *Edwardo Munoz v. 7-Eleven, Inc.* Case 2:18-cv-03893-RGK-AGR" to: Edwardo Munoz v. 7-Eleven, Inc. Settlement Administrator, Case No. 2:18-cv-03893-RGK-AGR, P.O. Box 43501, Providence RI 02940-3501, 1-866-367-8384.

For all other inquiries, contact Class Counsel at: *Edwardo Munoz v. 7-Eleven, Inc.*, Case 2:18-cv-03893-RGK-AGR, Class Counsel, Woodrow & Peluso, LLC, 3900 East Mexico Ave., Ste. 300, Denver, CO 80210, 1-720-213-0676, swoodrow@woodrowpeluso.com.

---

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 959    LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

EDWARDO MUNOZ V 7-ELEVEN INC
SETTLEMENT ADMINISTRATOR
PO BOX 43501
PROVIDENCE RI 02940-9878

EEM