Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**Edwardo Munoz,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**7-Eleven, Inc.,** a Texas corporation,

Defendant.

Case No. 2:18-cv-03893-RGK-AGR

**NOTICE OF SUPPLEMENTAL DECLARATION REGARDING CLAIMS ADMINISTRATION**

In advance of the Final Approval Hearing scheduled for November 4, 2019, Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz"), by and through his undersigned counsel, hereby provides notice that the Settlement Administrator has received an additional 2,625 timely Claim Forms since the filing of Plaintiff's Motion for Final Approval. To date, the Settlement Administrator has received 4,539 timely Claim Forms, resulting in an updated claims rate of 8.7%.

The fact that additional timely Claim Forms had been received by the Settlement Administrator was only recently brought to Class Counsel's attention and is supported by the Declaration of Gio Santiago, attached hereto as Exhibit A.

Respectfully submitted,

Dated: October 23, 2019

**Edwardo Munoz**, individually and on behalf of all others similarly situated,

By: /s/ *Patrick H. Peluso*
One of Plaintiff's Attorneys

Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675

Facsimile: (303) 927-0809

Notice of Supplemental Declaration Regarding Claims Administration
- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 23, 2019.

/s/ Patrick H. Peluso