UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03893-RGK-AGR | Date | November 4, 2019 |
|---|---|---|---|
| Title | EDWARDO MUNOZ v. 7-ELEVEN, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick Peluso | Julie Trotter |

**Proceedings:**      **Plaintiff's Motion for Final Approval of Class Action Settlement [94]**

                                 **Plaintiff's Motion for Attorney Fees, Expenses and Incentive Award [93]**

      Court and counsel confer.  No objections have been filed and there are no objectors present.  The Motion for Final Approval of Class Action Settlement [94] is approved.  The Motion for Attorney Fees, Expenses and Incentive Award [93] is taken under submission.

     **IT IS SO ORDERED.**

                                                                                    :    02

                                      Initials of Preparer    slw