JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD<br><br>Date: November 4, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Complaint Filed: May 9, 2018 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Award of Reasonable Attorneys' Fees, Expenses, and Incentive Award should be granted, and hereby orders as follows:

1. The Court finds the requested fee award of 25% of the Settlement Fund to be reasonable. The Court awards Class Counsel $493,125 as reasonable attorneys' fees.
2. The Court also finds the costs and expenses to be reasonable and awards Class Counsel $20,961.15 in costs and expenses.
3. Finally, the Court awards Plaintiff Munoz an incentive award in the sum of $5,000 for his efforts in the litigation.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Dated: November 11, 2019

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge