# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Edwardo Munoz,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**7-Eleven, Inc.,** a Texas corporation,<br><br>Defendant. | Case No. 2:18-cv-03893-RGK-AGR<br><br>(~~PROPOSED~~) **JUDGMENT**<br><br>Complaint Filed: May 9, 2018 |

A judgment of dismissal with prejudice is hereby entered pursuant to the Court's Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. 96). Each Party retains the right to enforce the terms of the settlement agreement and their respective obligations pursuant to that agreement.

**IT IS SO ORDERED.**

Dated: December 1, 2019

_____
Hon. R. Gary Klausner

1  United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28